1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10    JOSEPH A. SHERMAN,

11            Plaintiff,                          No. CIV S-08-2842 GEB EFB PS

12        vs.

13    CA. REAL ESTATE
      COMMISSIONER DAVI,                          ORDER
14
              Defendant.
15    _____/

16        This case, in which plaintiff proceeds *in propria persona*, was referred to the

17    undersigned pursuant to E. D. Cal. L. R. ("Local Rule") 72-302(c)(21), and 28 U.S.C.

18    § 636(b)(1).  Plaintiff seeks leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915,

19    and has submitted a one-paragraph affidavit in support of the request.  The affidavit does not,

20    however, contain adequate information necessary for the court to decide the request.

21        The court will defer consideration of plaintiff's request pending timely receipt of an

22    amended application.  The Clerk of Court will be directed to send plaintiff a standard application

23    to proceed *in forma pauperis*, which plaintiff may complete and submit within thirty days of the

24    filing date of this order.

25        The court notes, however, that the instant action bears striking similarity to plaintiff's

26    complaint filed June 5, 2006, upon which an adverse judgment was entered on January 4, 2008,

1

1  dismissing the action as barred by the *Rooker-Feldman* doctrine.  *See Sherman v. Ca Real Estate*

2  *Commissioner Davi*, Civ. S-06-1217 GEB GGH PS.  While plaintiff seeks to distinguish the

3  instant case based on "subsequent violative acts" and a "Continuing Violation Doctrine," it is not

4  clear that the alleged distinctions can survive this court's initial screening of the complaint based

5  on principles of *res judicata*, Eleventh Amendment immunity, and the *Rooker-Feldman* doctrine.

6  The court will not, however, screen the complaint prior to completion of plaintiff's application to

7  proceed *in forma pauperis,* including the submission of an adequate affidavit.

8         Accordingly, the Clerk of Court is hereby directed to send plaintiff a blank application to

9  proceed *in forma pauperis*, along with a copy of this order.  The court will consider plaintiff's

10  request upon timely receipt of the amended application, which shall be submitted within thirty

11  (30) days of the filing date of this order.  Failure to timely file the amended application will

12  result in a recommendation that this action be dismissed.

13         SO ORDERED.

14  DATED:  December 30, 2008.

15                    EDMUND F. BRENNAN
                      UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26