IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH ARCH SHERMAN,          )
                              )      2:08-cv-2842-GEB-EFB
           Plaintiff,         )
                              )      ORDER
      v.                      )
                              )
CALIFORNIA REAL ESTATE COMMISSIONER)
JEFFREY DAVI,                 )
                              )
           Defendant.         )
_____)

On June 22, 2009, Plaintiff filed a "Motion for Relief from Judgment of Magistrate's Order of 29 May 2009." The motion is denied since no judgment has been entered.

Dated: June 25, 2009

GARLAND E. BURRELL, JR.
United States District Judge